M. P. No. 1968. LUTZ ENGINEERING CO., INC. *v.* STERLING ENGINEERING & CONSTRUCTION CO., INC. The question of ancillary proceedings in an arbitration matter is an important one which will affect many cases that are likely to arise and, for that reason, petition for certiorari is granted. Parties are directed to brief and argue only the question of whether or not discovery lies by complaint in Superior Court after arbitration proceedings have been instituted. *Abedon & Visconti, Girard R. Vis-*

*conti,* for plaintiff-respondent. *Adler, Pollock & Sheehan, Incorporated, Peter Lawson Kennedy,* for defendant-petitioner.